# 03-14-00445-CR

Karen Goh, CSR
405 Martin Luther King Blvd., Box 16
Georgetown, TX  78626
p: 713.446.9976
e: karen.goh.csr@gmail.com

Clerk of the Court
Attn: Jeffrey Kyle

To Whom It May Concern:

Re: Trial Court Cause Number: 14-02154-2
Style:
State of Texas
v.
Alicia Marie Midkiff

I sincerely apologize to the Court for the delay in filing the record in the above case due to handling a personal family emergency in Houston. I have received notification of the new filing due date, Friday, January 23, 2015. The record is currently being proofread, and I will be able to file it with no additional requests for extension by Friday, January 30, 2015, and I am respectfully asking the Court to grant me an additional week to allow time for any necessary corrections to be made, although the record will most likely be filed by the current due date.

Thank you for your patience.

Sincerely,

Karen Goh, CSR